**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRELL RAY O'NEAL, | ) | CASE NO. CV 08-03341 JVS (RZ) |
|         Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| GUILLERY, ET AL., | ) | |
|         Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: May 17, 2010

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE