**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL RAY O'NEAL,<br><br>                Plaintiff,<br><br>        vs.<br><br>GUILLERY, ET AL.,<br><br>                Defendants. | CASE NO. CV 08-03341 JVS (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: May 17, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE